IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO TURNER,** | Case No. 2:16-cv-00969 AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| N. RIAZ, et al., | |
| Defendants. | |

Good cause appearing, Defendants' First Request for an Extension of Time, ECF No. 24, is **GRANTED**. Defendants are relieved of their obligation to respond to Plaintiff's Complaint until further order of the Court following disposition of Defendants' motion to revoke Plaintiff's *in forma pauperis* status.

Plaintiff is directed to file an opposition or statement of non-opposition to Defendants' pending motion within 21 days after Plaintiff is served with the motion. See Local Rule 230(l). Defendants may file a reply within 7 days after the filing of Plaintiff's response. Id.

**SO ORDERED**.

DATED: July 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1