UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>   Plaintiff,<br><br>   v.<br><br>N. RIAZ, et al.,<br><br>   Defendants. | No. 2:16-cv-0969 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 10, 2018, are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 22) is denied;

3. Defendants are directed to file and serve an answer to the complaint within 14 days after the district judge adopts these findings and recommendations; and

4. Plaintiff's motion for a temporary restraining order and/or preliminary injunctive relief (ECF No. 27) is denied without prejudice.

IT IS SO ORDERED.

Dated: January 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE