1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAFONZO R. TURNER,                        No.  2:16-cv-0969 MCE AC P

12                    Plaintiff,

13        v.                                   ORDER

14   N. RIAZ, et al.,

15                    Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 22, 2018, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  ECF No. 36.  Plaintiff filed

23   objections to the findings and recommendations.  ECF No. 37.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 22, 2018 (ECF No. 36), are adopted in full.

2. For the reasons set forth in the magistrate judge's April 14, 2017 screening order (ECF No. 12), defendant Macomber is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: April 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE