IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO TURNER,** | Case No. 2:16-cv-00969-MCE-AC |
| Plaintiff, | [PROPOSED] **ORDER** |
| v. | |
| **N. RIAZ, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' Request for an Extension of Time is **GRANTED**. Defendants have fourteen days, up to and including October 18, 2018, to file a motion for reconsideration of the Court's September 20, 2018 order.

    SO ORDERED.

DATED: October 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE