UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. RIAZ, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0969 MCE AC P<br><br><u>ORDER APPOINTING LIMITED PURPOSE COUNSEL THROUGH DISPOSITIVE MOTIONS</u><br><br>and<br><br><u>ORDER SETTING DISPOSITIVE MOTION DEADLINE: MAY 31, 2019</u> |

  Plaintiff Lafonzo Turner is a state prisoner proceeding pro se and in forma pauperis with this civil rights action brought under 42 U.S.C. § 1983. The court has found that appointment of counsel for plaintiff is warranted. <u>See</u> ECF Nos. 43, 48. Alexander L. Nowinski has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff and has agreed to be appointed for the limited purpose of representing plaintiff through the resolution of any dispositive motions. The deadline for filing dispositive motions shall be Friday, May 31, 2019.

  Accordingly, IT IS HEREBY ORDERED that:

1. Alexander L. Nowinski is appointed as limited purpose counsel for plaintiff in the above entitled matter. This appointment is for the limited purpose of representing plaintiff through dispositive motions.

////

2. Alexander L. Nowinski's appointment will terminate when the final order ruling on any dispositive motion(s) has been filed.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Alexander L. Nowinski, Hardy Erich Brown & Wilson, 455 Capitol Mall, Suite 200, Sacramento, CA 95814.
5. The deadline for filing dispositive motions in this case shall be Friday, May 31, 2019.
6. The parties are encouraged to engage in informal settlement negotiations during this period and to ask Ms. Park to schedule a mediation conference if so indicated.

DATED: February 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE