ALEXANDER L. NOWINSKI, #304967
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
455 Capitol Mall, Ste. 200
Sacramento, California 95814
(916) 449-3800 ● Fax (916) 449-3888

Attorney for Plaintiff Lafonzo R Turner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>N. RIAZ, M.D.; V. M. DUC, M.D.;<br>& NGUYEN, PSY.<br><br>        Defendants. | No. 2:16-cv-0969 MCE AC P<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Allison Claire<br>Hearing Date:  June 26, 2019<br>Complaint Filed:  May 6, 2016 |

The parties to this action stipulate, through their undersigned counsel, to continue the June 26, 2019 hearing date on Defendants' Motion for Summary Judgment to August 21, 2019, at 10:00 a.m. in Courtroom 26.

Plaintiff's response to Defendants' Motion for Summary Judgment requires review of voluminous medical records and identification and retention of an appropriate medical expert.  This process is ongoing but will not be completed in sufficient time to comply with current deadlines.

The briefing schedule shall operate from the continued hearing date pursuant to Local Rule 230 subd. (b) - (d).  Plaintiff's Opposition is due August 7, 2019.  Defendants' Reply is due August 14, 2019.

HARDY
ERICH
BROWN
&
WILSON
A Professional Law Corporation
Established in 1967
455 Capitol Mall, Ste. 200
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

Date:  May 31, 2019                    /s/ Alexander L. Nowinski
                                       _____
                                       ALEXANDER L. NOWINSKI
                                       Hardy Erich Brown & Wilson
                                       A Professional Law Corporation
                                       Attorney for Plaintiff Lafonzo R. Turner


Date:  May 31, 2019                    /s/ Sarah M. Brattin
                                       _____
                                       SARAH M. BRATTIN
                                       Deputy Attorney General
                                       Attorney for Defendants Nguyen, Riaz, and Duc

**IT IS SO ORDERED.**

Date:  June 3, 2019                    _____
                                       HON. ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

H A R D Y
E R I C H
B R O W N
&
W I L S O N
A Professional Law Corporation
Established in 1967
455 Capitol Mall, Ste. 200
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888